# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BARBARA M. LOFRISCO,

       Plaintiff,

v.                                       Case No: 8:13-cv-3159-T-27MAP

GULF COAST HEALTH CARE,

       Defendant.
_____

## ENTRY OF DEFAULT

    Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **GULF COAST HEALTH CARE** in Tampa, Florida on the 5th day of February, 2014.

                                            SHERYL L. LOESCH, CLERK

                                            s/B. Sohn, Deputy Clerk

Copies furnished to:

Counsel of Record