UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA M. LOFRISCO,

    Plaintiff,

v.                                                                           Case No: 8:13-cv-3159-T-36MAP

GULF COAST HEALTH CARE,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on August 20, 2014 (Doc. 26). In the Report and Recommendation, Magistrate Judge Pizzo recommends that the Court grant Plaintiff's Second Motion For Entry Of Default Judgment (Doc. 19) and enter judgment in favor of Plaintiff and against Defendant in the amount of $65,520 in damages plus interest at the statutory prevailing rate, plus $2,207.50 in attorney's fees and costs, for a total of $67,727.50. All parties were afforded the opportunity to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     Plaintiff's Second Motion For Entry Of Default Judgment (Doc. 19) is

**GRANTED**.

(3)     Judgment will be entered in favor of Plaintiff and against Defendant in the amount of $65,520 in damages, plus interest at the statutory prevailing rate, plus $2,207.50 in attorney's fees and costs, for a total of $67,727.50.

(4)     The Clerk is directed to terminate all pending motions and deadlines, enter judgment accordingly, and close this file.

**DONE AND ORDERED** at Tampa, Florida on September 15, 2014.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record